CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Aaina Duggal, Esq., SBN 333681
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
aainad@potterhandy.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**<br><br>     Plaintiff,<br><br>v.<br><br>**Mariana Rojas Leon**<br><br>     Defendant. | Case:  5:22-cv-00805-SVK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Aaina Duggal of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff Scott Johnson. All pleadings and other documents served onto Scott Johnson should also be directed to the attention of Aaina Duggal.

Dated: February 9, 2022                         CENTER FOR DISABILITY ACCESS

                                                By: /s/ Aaina Duggal
                                                Aaina Duggal
                                                Attorney for Plaintiff